UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20340-CR-WILLIAMS(s)

IN RE SEALED INDICTMENT
_____/

**SEALED ORDER**

FILED BY KAN D.C.
Nov 3, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

The United States of America, having applied to this Court for an Order sealing the Indictment and all attachments thereto, and this Motion and any related Orders and proceedings, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment and all attachments thereto, this Motion and Order and any related Orders and proceedings, shall be filed under seal until further order of this Court, however, the United States Attorney's Office, Homeland Security Investigations, and the U.S Fish & Wildlife Service may obtain copies of these sealed document for official purposes, or any other necessary cause.

**DONE AND ORDERED** at Miami, Florida, this 3rd day of November 2022.

for
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: Clerk of Court
AUSA T. Watts-Fitzgerald