FD-395.20 (Rev. 11-5-02)
Cambodian

ការណែនាំអំពីសិទ្ធិបុគ្គល

ទីកន្លែង _JFK Airport_
ថ្ងៃខែ _10/16/22_
ម៉ោង _10:36 AM_

សិទ្ធិរបស់អ្នក

មុននឹងយើងសួរនូវសំនួរអ្វីមួយអ្នកត្រូវយល់អំពីសិទ្ធិរបស់អ្នក។

អ្នកមានសទ្ធិនៅស្ងៀមមិនបាច់ផ្លើយឡើយ។

អ្វីដែលអ្នកនិយាយទាំងប៉ុន្មាន គេអាចយកវាបកប្រើប្រាន់ងនឹងអ្នកនៅចំពោះមុខតុលាការ។

អ្នកមានសទ្ធិពិគ្រោះជាមួយនឹងមេធាវីក្នុងការសុំយោបល់មុននឹងយើងចាប់ផ្ដើមសួរសំនួរ។

អ្នកមានសទ្ធិយកមេធាវីបកជាមួយក្នុងពេលសួរសំនួរ។

បើអ្នកគ្មានមេធាវីដោយសារឿងធនការ ហើយបើសិនអ្នកចង់បាន គេនឹងផ្ដល់មេធាវី ម្នាក់ទៅអ្នកមុនពេលសួរសំនួរ។

បើអ្នកសំរេចចិត្តផ្លើយសំនួរក្នុងពេលឥឡូវនេះដោយឥតមានវត្តមានមេធាវីនៅអំបេទេ អ្នកក៏នៅតែមានសទ្ធិឈប់ផ្លើយសំនួរគ្រប់ពេលណាទាំងអស់។

ខ្ញុំបានអានឧបទនៃសទ្ធិរបស់ខ្ញុំនេះ ហើយខ្ញុំ បានយល់ផ្ដើមអ្វីខ្លះដែលជាសទ្ធិរបស់ខ្ញុំ។ ក្នុងពេលនេះ ខ្ញុំស៊្រេចចិត្តនឹងផ្លើយសំនួរដោយឥតមានវត្តមានមេធាវីទេ។

_Signatu_ ហត្ថលេខា _____

witness សាក្សី _____
witness សាក្សី _____
Time ម៉ោង _____



ROI 378
ATT #3
p 1 of 1