# Language On Demand, Inc

**TRANSCRIPTION FOR: FISH AND WILDLIFE SERVICE**

INV No.:    INV 2017903620
File Name:  2019-09-01.mp4
Duration:   00:04:16
No. of Pages: 4

**Participants**:     CPI-493
                      MASPHAL KRY

**Abbreviations**:    Inaudible           [IA]
                      Unintelligible      [UI]
                      Phonetic            [PH]
                      Overlapping Voices  [OV]

*This transcribed material is deemed true and correct
to the best of my ability*
Transcribed by: JAMIE HARTZ    March 5, 2023

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-20340-CR-KMW(s)
EXHIBIT NO. SH-5B

**Language On Demand, Inc**

```
                                                                    2

 1                    P R O C E E D I N G S

 2

 3        [00:00:01] MASPHAL KRY: Why don't you make

 4    another road?

 5        CPI-493: Another road?

 6        MASPHAL KRY: Yeah. [ui] here. Road.

 7        CPI-493: That road is belongs to other people. I

 8    think - Actually, they're, they're -

 9        MASPHAL KRY: You, you buy right here there and

10    then make the own road.

11        CPI-493: Oh. I think I need to, um, ask my boss

12    [ui]

13        MASPHAL KRY: Yeah, [ui] lot of many villagers. He

14    do more business, he make more money, he can buy [ui]

15        Male voice: [ui]

16        CPI-493: [ui] I love [ui] rich people. [laughs]

17        MASPHAL KRY: If you make another road -

18        CPI-493: Oh.

19        MASPHAL KRY: [ui] more [ui]

20        CPI-493: I understand.

21        MASPHAL KRY: For your smuggling.
```

**Language On Demand, Inc**

3

1    CPI-493: I understand. It is, it is because that
2    road is too many people. We just [ui] from the
3    village.
4    MASPHAL KRY: Mm. That's why you can talk to your
5    boss.
6    CPI-493: I think we, we need to, we need to get
7    another [ui]
8    MASPHAL KRY: Right. But there is no village [ui]
9    CPI-493: Uh, [ui] the village. Actually, the land
10   belongs to another, another owner.
11   MASPHAL KRY: Yeah, but –
12   CPI-493: As I know.
13   MASPHAL KRY: But no occupied.
14   CPI-493: Not occupied.
15   MASPHAL KRY: No occupied.
16   CPI-493: If there, if there were one road just
17   connected to number five –
18   MASPHAL KRY: Uh-huh.
19   CPI-493: National road, this should be perfect.
20   MASPHAL KRY: Yeah.
21   CPI-493: I, you, you are right.
22   MASPHAL KRY: [ui]

**Language On Demand, Inc**

```
                                                              4

 1      CPI-493: Yes, you're right. How many this time?

 2      MASPHAL KRY: Uh, 24.

 3      CPI-493: 24, ok. Oh, [ui]

 4      MASPHAL KRY: We cannot [ui] more because many

 5   [ui]

 6      CPI-493: I understand. I understand.

 7      MASPHAL KRY: We have to do very quick. And go

 8   very fast.

 9      CPI-493: Yeah. Yes. Ah. [ui]

10      MASPHAL KRY: [ui]

11      CPI-493: Ok, good. [ui] [foreign language]

12                    [END OF TRANSCRIPTION]
```