

Cellebrite Premium 7.60.0.257 — □ ×

# Cellebrite Premium | 7.60.0.257

🕒 3:53 PM | 📅 3/21/2023

Resources 7.60.72 | ☰

## Android
## Select an action

| Device | Model | Chipset | OS version |
|---|---|---|---|
| samsung | SM-S908E | taro | 12 |

| Security patch level | Encryption type | Live encryption state |
|---|---|---|
| 2022-10-01 | File-based Encryption (FBE) | Hot (decrypted) |

**Extraction path:**

C:\Users\UFED\AppData\Local\My UFED Extractions

📄 Progress console

Passcode
**1475369**

Device passcode: **1475369**



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.: 22-20340-CR-KMW(s)

EXHIBIT NO.: SH-9

App Selective | Full File System | User Data | **Finish**

ction: true