# Senior Special Agent Darren Flinn
## US Fish and Wildlife Service – Digital Evidence Recovery and Technical Support Unit

Senior Special Agent (SSA) Darren Flinn has been an agent of the US Fish and Wildlife Service, Criminal Office of Law Enforcement since November 2022.  SSA Flinn has over 15 years of experience conducting criminal investigations, with the last 5 spent in digital forensics.

From August 2007 until October 2017, SSA Flinn was Criminal Investigator for the US Secret Service, and a member of the South Carolina Electronic Crimes Task Force from 2007-2014.  From October 2017 until November 2022, SSA Flinn was a Criminal Investigator for the US Environmental Protection Agency – Criminal Investigative Division, and in November 2022 transferred to his current position at US FWS – DERTSU.  SSA Flinn has experience investigating a wide variety of criminal violations, to include counterfeit, fraud, identity theft, cyber crime, internet crimes against children, and international trafficking.

Prior to joining the US Secret Service, SSA Flinn spent 10 years as a Paramedic and Technical Rescue Technician.

### Education

- **College of Charleston**
  Bachelor of Arts - Biology                                                                                       May 2001

### Specialized Training/Certifications

- **Cellebrite Certified Mobile Examiner**
  Orlando, FL                                                                                                       January 2023
- **International Association of Computer Investigative Specialists - Cyber Incident Forensic Response**
  Orlando, FL                                                                                                       May 2022
- **International Association of Computer Investigative Specialists - Certified Forensic Computer Examiner**
  Orlando, FL                                                                                                       October 2021
- **Nuix Forensic Practitioner**
  Jacksonville, FL                                                                                                  September 2020
- **Sumuri Recon**
  Jacksonville, FL                                                                                                  December 2019
- **Resolution Video - Digital Video Evidence Recovery**
  Fredericksburg, VA                                                                                                August 2019
- **Digital Evidence Acquisition Specialist Training**
  Federal Law Enforcement Training Center - Glynco, GA                                                              May 2019
- **NW3C - Basic Digital Forensic Analysis**
  New Castle, DE                                                                                                    April 2019
- **X1 Social Discovery - Certified Social Examiner**
  Melbourne, FL                                                                                                     August 2018
- **NW3C - Social Media and Open Source Intelligence**
  Wyandotte, OK                                                                                                     July 2018
- **US Secret Service Special Agent Training Course**
  James J. Rowley Training Center - Beltsville, MD                                                                  February 2008
- **Criminal Investigator Training Program**
  Federal Law Enforcement Training Center - Glynco, GA                                                              September 2007



GOVERNMENT EXHIBIT
CASE NO. 22-20340-CR-KMW(s)
EXHIBIT NO. SH-10