✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES

V.

MASPHAL KRY

**EXHIBIT AND WITNESS LIST**

Case Number: 22-CR-20340-KMW(s)

| PRESIDING JUDGE  KATHLEEN M. WILLIAMS | PLAINTIFF'S ATTORNEY  THOMAS WATTS-FITZGERALD | DEFENDANT'S ATTORNEY  JOHN BYRNE |
|---|---|---|
| TRIAL DATE (S)  3/11/2024 | COURT REPORTER  PATRICIA SANDERS | COURTROOM DEPUTY  BETTY RODRIGUEZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Omaliss Keo ID Cites Website |
| 2 | | | | | Omaliss Keo Photo |
| 3 | | | | | Omaliss Keo Interview Case Report ROI 155 |
| 4A | | | | | Omaliss Keo Interview Recording |
| 4B | | | | | Omaliss Keo Interview Transcript |
| 5 | | | | | Masphal Kry Cambodia UNODC May 2022 Photo |
| 6 | | | | | Masphal Kry Passport |
| 7 | | | | | Masphal Kry Khmer Miranda Warnings |
| 8A | | | | | Masphal Kry Nov. 16, 2022 Interview Recording |
| 8B | | | | | Masphal Kry Nov. 16, 2022 Interview Transcript |
| 9 | | | | | Photo of LTMS |
| 10 | | | | | James Lau Passport |
| 11 | | | | | James Lau photo w/ Tucker |
| 12 | | | | | Dickson Lau Passport/Visa |
| 13 | | | | | Raphael Cheung Man Passport |
| 14 | | | | | Raphael Cheung Man WhatsApp Profile Image |
| 15 | | | | | Hing Ip Chung w/ Fleurie Photo |
| 16 | | | | | CRL Audit Group Photo March 18, 2019 |
| 17 | | | | | WWP Facility Photo |
| 18 | | | | | OBRC Facility Photo |
| 19 | | | | | Vanny Bio Research Pursat Facility photo |
| 20 | | | | | Vanny Bio Research Pursat Composite Photos |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | vs. | | MASPHAL KRY | CASE NO. 22-CR-80073-DMM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | | | | Vanny Bio Research Phnom Penh Facility Photo |
| 22A | | | | | December 19, 2017 Email (Cheung Man) re: National Park Issue |
| 22B | | | | | December 19, 2017 Email Attachment (Farm Birth Rates) |
| 23A | | | | | April 10, 2018 Cheung Man Letter requesting 2,000 Monkeys |
| 23B | | | | | April 10, 2018 Cheung Man Letter requesting 2,000 Monkeys |
| 24 | | | | | May 4, 2018 Email (Cheung Man) re: Product Shortage |
| 25A | | | | | June 13, 2018 Letter to Minister of AFF from Undersecretary re: Vanny Request |
| 25B | | | | | June 13, 2018 Letter to Minister of AFF from Undersecretary re: Vanny Request (Translation) |
| 26 | | | | | June 14, 2018 Email (Cheung Man) "Collection Quota" Approval |
| 27 | | | | | June 14, 2018 Email (Cheung Man) MAFF Payment |
| 28A | | | | | June 20, 2018 Letter Approval of 2,000 Vanny Monkeys |
| 28B | | | | | June 20, 2018 Letter Approval of 2,000 Vanny Monkeys (Translation) |
| 29A | | | | | June 25, 2018 Email (Cheung Man) Remittance Payment |
| 29B | | | | | June 25, 2018 Email Attachment (BOA Wire) |
| 30A | | | | | June 26, 2018 Email from Danny Sek re: "CPP Political Donation" |
| 30B | | | | | June 26, 2018 Email from Danny Sek Attachment re: "CPP Political Donation" |
| 31A | | | | | June 26, 2018 Email (Cheung Man) to Lau et al re: Collection Permit |
| 31B | | | | | June 26, 2018 Email Attachment MAFF Collection Permit No. 6298 |
| 32 | | | | | July 21, 2018 (Composite 19 pgs.) VBRC Blood Samples USA1811, CITES Permit KH1324. |
| 33 | | | | | July 25, 2018 (Composite 15 pgs.) USA1810 VBRC-JFK 150 LTMS |
| 34 | | | | | August 13, 2018 Email (Cheung Man) to Lau et al re: $$$ Official/Unofficial Quotas |
| 35 | | | | | August 24, 2018 (Composite 8 pgs.) USA1811 VBRC-JFK 360 LTMS |
| 36 | | | | | November 2, 2018 Email (Cheung Man) to Chung et al re: Team Leader Payment & LTM Deliveries |
| 37A | | | | | April 30, 2019 (Composite 8 pgs.) USA1905 VBRC-JFK-WWP w/ 220 LTMS |
| 37B | | | | | April 30, 2019 USA1905 VBRC-JFK-WWP w/ 220 LTMS – Support Docs |
| 37C | | | | | April 30, 2019 (Composite 8 pgs.) USA1905 Analysis |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | MASPHAL KRY | CASE NO. 22-CR-20340-KMW(s) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 38A | | | | | May 11, 2019 (Composite 18 pgs.) USA1973 VBRC-JFK-TX w/ 360 LTMS & 74 WC Marked |
| 38B | | | | | ST071880-1A Collection Reports (139).xlsx (IDs WC in Crate 22 from USA1973 |
| 39 | | | | | Photo of Truck Convoy |
| 40A | | | | | Photo of Truck - Rear - USA1973 / McCabe |
| 40B | | | | | Photo of Marked Crate (Crate No. F22) USA1973 |
| 41 | | | | | May 30, 2019 (Composite 35 pgs.) USA1907 VBRC-JFK-WWP w/ 360 LTMS |
| 42 | | | | | June 27, 2019 (Composite 11 pgs.) USA1974 VBRC-JFK-TX w/ 360 LTMS & 194 WC |
| 43A | | | | | August 28, 2019 (Video) Siem Reap Delivery of WCs and LTMs at Pursat |
| 43B | | | | | August 28, 2019 (Video Transcript) Siem Reap Delivery of WCs and LTMs at Pursat |
| 44A | | | | | August 29, 2019 (Video) Kry Delivery 13 WC LTMS to Pursat |
| 44B | | | | | August 29, 2019 (Video)(Transcripts) |
| 45A | | | | | September 1, 2019 (Video) Kry Delivery 24 LTMS (Smuggling) |
| 45B | | | | | September 1, 2019 (Video)(Transcript) |
| 45C | | | | | September 1, 2019 Photo of NHPs in cage at Pursat |
| 46 | | | | | September 3, 2019 (Video) Supplier "D" Siem Reap Delivery 60 LTMS. |
| 47A | | | | | September 6, 2019 (Composite 12 pgs.) USA1912 VBRC-JFK-WWP w/ 360 LTMS |
| 47B | | | | | September 6, 2019 USA1912 VBRC-JFK-WWP w/ 360 LTMS – Support Docs |
| 47C | | | | | USA1912 Analysis (Composite 8 pgs.) |
| 48A | | | | | October 8, 2019 Email Hing Ip Chung re: $30,000 Payment to MAFF |
| 48B | | | | | October 8, 2019 Email Attachment Quota Balance Spreadsheet |
| 49A | | | | | October 20, 2019 (Video) Kry 20 LTMS |
| 49B | | | | | October 20, 2019 (Video Trancript) Kry 20 LTMS |
| 50A | | | | | January 3, 2020 (Video) Siem Reap Supplier of 82 WC LTMs |
| 50B | | | | | January 3, 2020 (Video Transcript) Siem Reap Supplier of 82 WC LTMs |
| 51 | | | | | January 16, 2020 (Composite 12 pgs.) USA2071 VBRC-JFK-TX w/ 288 LTMS & 237 WC |
| 52A | | | | | February 21, 2020 (Composite 13 pgs.) USA1916 VBRC-EWK-WWP w/ 288 LTMS & 138 WC |
| 52B | | | | | February 21, 2020 (Composite 8 pgs.) USA1916 Analysis |
| 53A | | | | | June 21, 2020 (Video) Kry Delivery w/ 35 LTMS (Contact Info "Phal") |
| 53B | | | | | June 21, 2020 (Video)(Transcript) |

✎ AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | | vs. | | MASPHAL KRY | CASE 22-CR-20340-KMW(s) |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 53C | | | | | June 21, 2020 Masphal Kry Telegram Profile Image | |
| 54A | | | | | November 11, 2020 (Composite 7 pgs.) USA2011 VBRC-IAD-WWP w/ 396 LTMS & 323 WC | |
| 54B | | | | | November 11, 2020 (Composite 8 pgs.) USA2011 Analysis | |
| 55A | | | | | December 23, 2020 Email Long to Chung et al re: Annual Summary as of 12/24/20 | |
| 55B | | | | | December 23, 2020 Email Attachment Annual Summary Spreadsheet as of 12/24/20 | |
| 56 | | | | | May 27, 2021 (Composite 13 pgs.) USA2104 Shipment VBRC-IAD-WWP w/ 540 LTMS | |
| 57 | | | | | December 17, 2021 (Composite 17 pgs.) USA2109 VBRC-ORD-WWP w/ 540 LTMS | |
| 58 | | | | | January 26, 2022 Telegram w/ Chung confirming supplier "D" delivery of 115 LTMS & future delivery by supplier "K" of 170 LTMS | |
| 59 | | | | | Composite 8 pgs. Parentage Data Exclusion Timeline | |
| 60 | | | | | Data Analysis OBRC / WWP | |
| 61 | | | | | Data Analysis (Parentage Records) | |
| 62 | | | | | Cheung Man Google Gmail Account | |
| 63A | | | | | 2-28-2018 Whatsapp Chat from Vanny Employees | |
| 63B | | | | | 5-17-18 - Email re collection quota | |
| 63C | | | | | 6-6-18 - Email re collection quota | |
| 63D | | | | | 6-14-18 - Emaill and response re collection quota | |
| 63E | | | | | 7-19-18 email re ps accountant system for June 2018 | |
| 63F | | | | | 8-22-2018 - Email From Omaliss Keo to himself re CPP expense | |
| 63G | | | | | 12-12-2019 - Email re donation | |
| 63H | | | | | 12-15-2019 Email re proposed funding | |
| 63I | | | | | 12-16-2019 Email and attachment re funding for 12-16-19 | |
| 63J | | | | | 3-11-2020 Email re update collection | |
| 63K | | | | | 3-12-2020 Email and Attachment re collection update | |
| 63L | | | | | 3-12-2020 Email re update collection | |
| 63M | | | | | 10-22020 Email re CPP Donation | |
| 63N | | | | | 11-4-2020 Email and attachment re CPP donation | |
| 63O | | | | | 11-11-20 Email re PP cash statement and accounting | |
| 63P | | | | | 11-18-2020 - Email re PCR machine | |
| 63Q | | | | | 11-18-2020 - Email re PCR Machine | |
| 63R | | | | | 1-20-2021 Email and attachment re payments to CPP | |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| 64 | | | | | MB/NHP Correspondence |
| 65 | | | | | EWR Shipment Inspection |
| 66 | | | | | USA Distribution Routes |
| 67 | | | | | Pursat Gate Log |
| 68 | | | | | Supplier Codes |
| 69 | | | | | 2019 and 2020 Pursat LTM Deliveries |
| 70 | | | | | 2021 Pursat LTM Deliveries |
| 71 | | | | | 2019 -2021 LTM Delivery Summary by Supplier |
| 72 | | | | | Corporate Vanny Email True Ups 1 |
| 73 | | | | | Corporate Vanny Email True Ups 2 |
| 74 | | | | | 10/12/2018 Email CHEUNG MAN to Vanny re Collection is a Must |
| 75A | | | | | ROI 265 see p.9 re Gary Tucker Phone Extract Parent Data |
| 75B | | | | | ROI 265 attachment chat re Gary Tucker Phone Extract Parent Data |
| 76 | | | | | 10/22/2019 (Composite 18 pgs) USA1977 - VBRC-JFK-TX 360 LTMs (Tied to KRY Delivery) |
| 77 | | | | | Working Data - Fern and Billy - WC LTMs to US Imports |
| 78 | | | | | San Sovannary Photo |
| 79 | | | | | Chi Chiu "Tommy" NG Photo |
| 80 | | | | | Sunny Chan Photo |
| 81 | | | | | Email from Dalis of Sovannary and Yeung |
| 82 | | | | | Permit Letters |
| 83 | | | | | Cambodia Wildlife Law |
| 84 | | | | | LTM Distribution Map |
| 85 | | | | | Habit Preference Map |
| 86 | | | | | ICCA Biography |
| 87 | | | | | ICCA Participant List |
| 88 | | | | | Composite emails Kry -Foley |
| 89 | | | | | Composite chats Kry – Foley |
| 90 | | | | | Masphal Kry Phone Photo |
| 91 | | | | | Masphal Kry Phone Extraction Image |
| 92 | | | | | Chat thread Keo - Kry |
| 93 | | | | | Vanny cash summaries |

✎ AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| 94A | | | | | Masphal Kry Powerpoint – Trade Intervention Convention |
| 94B | | | | | Masphal Kry Powerpoint – Trade Intervention Convention Metadata |
| 95 | | | | | Composite Email Exhibit - WWP |
| 96A -Y | | | | | Cheungman86@gmail.com Composite |

Page   6   of   6   Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

[New Page]   [Print]   [Save As...]   [Export as FDF]   [Retrieve FDF File]   [Reset]