## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. **22-20340-CR-WILLIAMS(s)**

**UNITED STATES OF AMERICA**

**v.**

**MASPHAL KRY,**

_____**Defendant.**_____/

### GOVERNMENT'S TENTATIVE WITNESS LIST

The United States hereby files its list of witnesses likely to be called to testify at the trial of this Matter:

In person:

| | | |
|---|---|---|
| Custodian- Apple | S/A Darren Flinn | Nancy Foley |
| Augustín Fuentes, PhD | S/A Fernando Gattorno | Custodian – Google |
| W.I. Sara Greenwood | W.I. Eva Lara | RAC Dorothy Manera |
| S/A Katherine McCabe | S/A James Podboy | S/A William Stull |
| George Volentir | Veng LimYeung | W.I. Eva Lara |
| W.I.A. John Hoke | S/A Scott Allee | S/A Alfred Colby |

By deposition:

| | | |
|---|---|---|
| Ms. San Sovannary | Vich Soveach, Esq. | Chheav Sopheaktra |

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  Thomas A. Watts-FitzGerald
Assistant United States Attorney
Fla. Bar No. 0273538
99 N.E. 4th Street - 4TH Floor
Miami, Florida   33132
Telephone: (305) 961-9413

By:  Emily R. Stone
Assistant United States Attorney
Fla. Bar No. 92077
99 N.E. 4th Street - 7TH Floor
Miami, Florida   33132
Telephone: (305) 961-9407