UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20340-WILLIAMS

UNITED STATES OF AMERICA,

vs.

MASPHAL KRY,

        **Defendant.**

_____/

**JOINT MOTION TO PERMIT USE OF
ELECTRONIC EQUIPMENT DURING TRIAL**

Defendant Masphal Kry and the United States jointly move for permission to utilize portable computers and related electronic equipment in the Courtroom during trial and state as follows:

1. The Court is scheduled to hold trial starting on Monday, March 11, 2024.

2. Mr. Kry and the Government seek to use portable computers and related electronic equipment during the trial.

3. Mr. Kry and the Government further seek to test their portable computers and related electronic equipment in the courtroom on Friday, March 8, 2024.

4. Southern District of Florida Local Rule 77.1 does not permit the use of electronic equipment in any section of the building where federal judicial proceedings are conducted unless otherwise permitted by the judicial officer before whom the particular case is pending.

5. The portable computers and related equipment contemplated to be utilized in the courtroom by counsel will not be utilized for any activities prohibited by Local Rule 77.1 (i.e., the taking of photographs, the operation of recording or transmission devices, and the

broadcasting or televising of proceedings in courtrooms or chambers, adjacent rooms, hallways, doorways, stairways, elevators or offices of supporting personnel).

6. The Court's Administrative Order 2018-79 regarding Cellular Phone and Electronic Equipment Usage in the Courthouse provides the Court authority to grant the relief requested in this Motion.

WHEREFORE, the parties move this Court to enter an Order allowing counsel to utilize portable computers and related electronic equipment in the courtroom on Friday, March 8, 2024 for testing purposes and during the upcoming trial beginning on Monday, March 11, 2024.

Dated: February 28, 2024                           Respectfully submitted,

MARKENZY LAPOINTE                         By:   **Stacey H. Mitchell**
UNITED STATES ATTORNEY                          Stacey H. Mitchell (*Pro Hac Vice*)
                                                Allison T. Coffin (*Pro Hac Vice*)
By: **Thomas Watts-FitzGerald**                 Dakota L. Kann (*Pro Hac Vice*)
    Assistant U. S. Attorney                    Jane M. Mahan (*Pro Hac Vice*)
    Florida Bar No. 0273538                     Nicole L. Franklin (*Pro Hac Vice*)
    99 N.E. 4th Street                          *Counsel for Masphal Kry*
    Miami, FL 33132                             Akin Gump Strauss Hauer & Feld LLP
    (305) 961- 9413 Office                      2001 K Street NW
    (305) 536- 4651 Facsimile                   Washington, DC 20006
                                                Telephone:  (202) 887-4000
                                                Fax:  (202) 887-4288
                                                E-mail:  shmitchell@akingump.com
                                                         acoffin@akingump.com
                                                         dkann@akingump.com
                                                         jmahan@akingump.com

                                                **Mark J. MacDougall**
                                                Mark J. MacDougall (*Pro Hac Vice*)
                                                Paola Pinto (Fla. Bar No. 1013933)
                                                *Counsel for Masphal Kry*
                                                Schertler Onorato Mead & Sears

555 13th Street, N.W., Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
E-mail:  mmacdougall@schertlerlaw.com

**John R. Byrne**
John R. Byrne (Fla. Bar No.: 0126294)
*Counsel for Masphal Kry*
Maderal Byrne & Furst PLLC
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 520-5690
E-mail:  john@maderalbyrne.com