UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20340-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff.

vs.

MASPHAL KRY,

    Defendant.

_____/

### ORDER ON JOINT MOTION
### TO PERMIT USE OF ELECTRONIC EQUIPMENT DURING TRIAL

**THIS MATTER** is before the Court on the Parties' Joint Motion to Permit Use of Electronic Equipment During Trial. Having shown good cause, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties may utilize portable computers and related electronic equipment in the courtroom during the upcoming trial beginning on Monday, March 11, 2024.

It is further **ORDERED AND ADJUDGED** that the parties may utilize portable computers and related electronic equipment in the courtroom on either Thursday, March 7, 2024 or Friday, March 8, 2024 for testing purposes. A list of the permitted electronic equipment which may be brought into the Courthouse by the defense is attached hereto as **Exhibit A**. A list of the permitted electronic equipment which may be brought into the Courthouse by the government is attached hereto as **Exhibit B**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5 day of March, 2024.

                                                                                              **KATHLEEN M. WILLIAMS**
                                                                                              **UNITED STATES DISTRICT JUDGE**

**Copy:**
**Court Security Office**
**Wilkie D. Ferguson Bldg.**

# EXHIBIT A

## United States v. Kry (22-CR-20340)
## Defense Equipment List:

**Equipment Testing on Friday, March 8, 2024:**

**James Moore:**

- Two Lenovo laptops and chargers
- Apple iPhone 14
- MiFi
- iPad Pro and charger
- Tech bag with various hard drives, thumb drives, mice, cords, etc.

**Michelle Holness:**

- Lenovo ThinkPad Xi and charger
- Samsung Galaxy Model S21 + 5G cell phone and charger

**Mark Seydewitz:**

- Lenovo Legion computer and charger
- Samsung phone and charger
- MiFi

**Equipment During Trial Period, March 11, 2024 to March 22, 2024:**

**Mark MacDougall:**

- Dell Laptop X1 and charger
- Samsung Galaxy Model A32 5G cell phone and charger

**Stacey Mitchell:**

- Lenovo Yoga laptop and charger
- iPhone 13 Pro Max and charger
- iPad 8 and charger

- Apple Watch and charger

**John Byrne:**

- iPhone and charger
- Apple laptop and charger

**Allison Coffin:**

- iPhone 15 Pro and charger
- Lenovo ThinkPad Xi and charger
- MiFi

**Paola Pinto:**

- Two iPhones plus chargers
- Lenovo Thinkpad laptop and charger

**Dakota Kann:**

- iPhone 15 Pro and charger
- Lenovo ThinkPad Xi laptop and charger
- MiFi

**Jane Mahan:**

- iPhone 14 Pro and charger
- Lenovo ThinkPad Xi laptop and charger
- MiFi

**Nicole Franklin:**

- Lenovo ThinkPad Xi laptop and charger
- iPhone 15 Pro Max and charger
- iPad Pro 4th generation, apple pencil and charger
- MiFi

**Michelle Holness:**

- Lenovo ThinkPad Xi and charger
- Samsung Galaxy Model S21 + 5G cell phone and charger

**James Moore:**

- Two Lenovo laptops with chargers
- Apple iPhone 14
- MiFi
- iPad Pro
- Tech bag with various hard drives, thumb drives, mice, cords, etc.

**Masphal Kry:**

- Samsung Galaxy A03

**Usaphea Horn:**

- Samsung Galaxy Note 10+
- Lenovo Thinkpad E490

# EXHIBIT B

| Individual's Name: | Title: | Electronic Device: |
|---|---|---|
| Thomas Watts-FitzGerald | Assistant United States Attorney | HP Laptop |
| Emily Stone | Assistant United States Attorney | HP Laptop |
| Scott Dion | Assistant United States Attorney | HP Laptop |
| Luis Delgado | Paralegal Specialist | HP Laptop |
| Dorothy Manera | Special Agent / USFWS | Dell Laptop |
| Fernando Gattorno | Special Agent / USFWS | Dell Laptop |
| John Hoke | Intelligence Analyst / USFWS | Dell Laptop |