UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20340-WILLIAMS

UNITED STATES OF AMERICA,

vs.

MASPHAL KRY,

        Defendant.
_____/

## VERDICT FORM

### COUNT ONE

1. As to **COUNT ONE** of the Indictment (conspiracy), how do you find the defendant **MASPHAL KRY**?

   Guilty _____  Not Guilty \_\_\_✓_____

   If you find the defendant **MASPHAL KRY** guilty as to **COUNT ONE**, please check all objects of the conspiracy which you have unanimously found to have been proven:

   | Object | Yes | No |
   |---|---|---|
   | Import, export, transport, sell, receive, acquire and purchase any wildlife, that is, long-tailed macaques (*Macaca Fascicularis*), knowing that said wildlife was taken, possessed, transported, and sold in violation of any law, treaty, and regulation of the United States. | \_\_\_\_\_ | \_✓\_\_\_ |
   | Make and submit any false record, account, and label for, and any false identification of, any wildlife, that is, long-tailed macaques (*Macaca Fascicularis*), which has been, and is intended to be, imported, exported, transported, sold, purchased, and received from any foreign country; and transported in interstate or foreign commerce. | \_\_\_\_\_ | \_✓\_\_\_ |

| | | |
|---|---|---|
| Fraudulently and knowingly import and bring into the United States any merchandise contrary to any law and regulation of the United States. | _____ Yes | ✓ No |

### COUNT THREE

2. As to **COUNT THREE** of the Indictment (charging smuggling on or about August 24, 2018), how do you find the defendant **MASPHAL KRY**?

   Guilty _____        Not Guilty ____✓____

   If you find the defendant **MASPHAL KRY** guilty as to **COUNT THREE**, please check all of the predicate regulations or laws which you have unanimously found to have been proven:

| | | |
|---|---|---|
| Title 16, United States Code, Section 1538(e), which requires anyone importing wildlife to declare the wildlife on a completed, signed, and certified Declaration for Importation or Exportation of Fish & Wildlife (Form 3-177), and require that the source of the wildlife, including information as to the captive-bred or wild-caught status of the wildlife be furnished and that the importer or their agents certify the information supplied is true and complete. | _____ Yes | ✓ No |
| Title 16, United States Code, Section 3372(d), which states that it is unlawful for any person to make or submit any false record, account, or label for, or any false identification of any wildlife which has been or is intended to be imported, exported, transported, sold, purchased, and received from any foreign country; and transported in interstate or foreign commerce. | _____ Yes | ✓ No |

The foregoing constitutes the unanimous verdict of the jury.

_3/22/2024_
DATE                                    FOREPERSON